UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ORLANDO JOHNSON,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:23-cv-00070-RDP-JHE |
| **WARDEN,** | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

Petitioner Orlando Johnson filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). When Johnson filed the petition, he was incarcerated at FPC-Talladega in Talladega, Alabama. (Doc. 1 at 1). A recent search for Johnson on the Bureau of Prisons' online inmate locator system indicates Johnson was released from custody on May 30, 2023.[1] Johnson has failed to notify the court of his current mailing address.

On August 24, 2023, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Johnson's failure to prosecute his claims. (Doc. 10). The Magistrate Judge advised Johnson of his right to file objections to the Report and Recommendation within 14 days. (Doc. 10 at 2). Because the court does not have a current mailing address for Johnson, the Clerk mailed the Report and Recommendation to him at FPC-Talladega, his address of record. More than 14 days have elapsed, and the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and

---

[1] *See* https://www.bop.gov/inmateloc/ (last visited, Sept. 14, 2023).

**ACCEPTS** his recommendation. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) based on Johnson's failure to prosecute his claims.

**DONE** and **ORDERED** this September 15, 2023.

*[signature]*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE